IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>All funds maintained at Citibank personal savings account number 40017347010, held in the name Kalena Nguyen, in an amount up to and including $19,800.00. | CASE NO. 2:11-SW-248 KJN<br><br>ORDER UNSEALING CASE |

Upon request from the United States, by and through its counsel of record, the above captioned case is ordered unsealed.

Dated: August 26, 2016

EDMUND F. BRENNAN
U.S. Magistrate Judge